■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON JACKSON, Appellant. [730 NYS2d 764] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of robbery in the third degree (Penal Law § 160.05) and criminal possession of stolen property in the fifth degree (Penal Law § 165.40). We reject his contention that the verdict is against the weight of the evidence. "Great deference is to be accorded to the fact-finder's resolution of credibility issues based upon its superior vantage point and its opportunity to view witnesses, observe demeanor and hear the testimony" (*People v Valencia*, 263 AD2d 874, 876, *lv denied* 94 NY2d 799; *see, People v Bleakley*, 69 NY2d 490, 495). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County,

Tills, J.—Robbery, 3rd Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Burns and Gorski, JJ.